In the Matter of the Accounting of LAURA B. VOGLER et al., as Trustees under the Will of SUSIE D. SMITH, Deceased, Respondents.

NELLIE M. SMITH, Appellant.

(Argued January 16, 1930; decided February 18, 1930.)

*Grace Humiston* for appellant.

*Stanley C. Fowler, Ralph O. L. Fay* and *Arthur Sutherland* for respondents.

Order affirmed, with costs payable out of the estate, on the ground that the appellant is concluded by the decree previously entered; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.